Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−17128−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charlene A Marx
   61 Hillsdale Rd
   East Brunswick, NJ 08816

Social Security No.:
   xxx−xx−5372

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/21/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 22, 2018
JAN: slf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-17128-CMG
Charlene A Marx                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Feb 22, 2018
                              Form ID: 148             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2018.
db          +Charlene A Marx,    61 Hillsdale Rd,    East Brunswick, NJ 08816-4322
lm          +Specialized Loan Servicing,    PO Box 636005,    Littleton, CO 80163-6005
516922078    BAYVIEW EMERGENCY ASSOCIATES 1,    WAKEFIELD AND ASSOCIATES,    PO BOX 50250,
              KNOXVILLE,TN 37950-0250
516757230   +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
516755574   +Revenue Recovery Corp,    7005 Middlebrook Pike,   Knoxville, TN 37909-1156
516755575   +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,   Po Box 636005,   Littleton, CO 80163-6005
517011992   +Township of E. Brunswick,    POB 1081,   E. Brunswick, NJ 08816-1081
516811513   +U.S. Bank National Association,Trustee(See 410),   c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517231559   +U.S. Bank Trust National Association,    c/o BSI Financial Services,
              1425 Greenway Drive, Ste 400,   Irving, TX 75038-2480
517231560   +U.S. Bank Trust National Association,    c/o BSI Financial Services,
              1425 Greenway Drive, Ste 400,   Irving, TX 75038,   U.S. Bank Trust National Association,
              c/o BSI Financial Services 75038-2480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2018 00:07:12      U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2018 00:07:08      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516755571    EDI: HNDA.COM Feb 22 2018 23:43:00      American Honda Finance,   Po Box 168088,
              Irving, TX 75016
516949371    EDI: BL-BECKET.COM Feb 22 2018 23:43:00      Capital One, N.A.,   c/o Becket and Lee LLP,
              PO Box 3001,   Malvern PA 19355-0701
516755572   +EDI: CBSKOHLS.COM Feb 22 2018 23:43:00      Kohls/Capital One,   Po Box 3120,
              Milwaukee, WI 53201-3120
516755573   +EDI: MID8.COM Feb 22 2018 23:43:00      Midland Funding,   2365 Northside Dr,   Suite 300,
              San Diego, CA 92108-2709
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2018 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   PROF-2013-S3 Legal Title Trust, by U.S. Bank National
               Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor Charlene A Marx rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonlaw@gmail.com;nisensonrr70983@notify.best
               case.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5